Case No. 16-5034. Matthew A. Goldstein, PLLC Appellant v. United States Department of State et al. Mr. Goldstein for the Appellant, Ms. Allen for the Appellees. Good morning. Good morning, Your Honors. May I please the Court? I am Matthew Goldstein, Counsel for the Plaintiff Appellant Matthew A. Goldstein, PLLC, my law firm. I request two minutes for rebuttal. This case presents a pre-enforcement challenge to the State Department's application of arms brokering regulations under Part 129 of the International Traffic and Arms Regulations to attorneys providing legal advice to clients on criminal law. Now, Part 129, violations of Part 129, are punishable civilly and criminally with fines of up to $1 million per violation. And for criminal violations, sanctions are punishable with up to 20 years in prison. Now, to be clear, this case is not about a claim that attorneys are somehow above the law. If an attorney acts as a finder in sales of defense articles controlled by the International Traffic and Arms Regulations, then that attorney is an arms broker subject to Part 129 requirements. If an attorney receives a contingent fee or commission for the sale of a defense article, then that attorney is an arms broker subject to Part 129. But what the State Department cannot do is the State Department may not impose Part 129 registration, disclosure, prior approval, annual reporting requirements in a way that requires an attorney to disclose client names in conjunction with substantive details on the scope of legal advice. Nor can the State Department impose Part 129 in a way that requires attorneys to provide law enforcement agents with access to law firm records where confidential and privileged client documents are stored without a warrant or other judicial process subject to review. But this is precisely what the State Department has done in the issuance of official agency guidance under a 2013 final rule. Do you have a First Amendment challenge at all? I wasn't totally clear from your complaint, but I know there's a vagueness constitutional objection, but like the Holder v. Humanitarian Law Project and other situations where limitations on attorney's speech have sometimes been I mean, that could be error on my end. No, I haven't asserted such a claim, and I believe that such a claim does exist. I have not asserted it. I have asserted a similar chilling effect as it was one of my bases of damages and injury. However, I have not asserted it. I've made a decision not to assert a First Amendment claim. So I'm trying to figure out on the standing area, you know, there's the Navigar test, and then our court has had sort of different tests in the First Amendment area, and you seem to be kind of in between with your chilling arguments, limiting your communications or forcing communications that you wouldn't otherwise have as well, but then not a First Amendment one. So I'm trying to figure out which box you fall in. Well, as far as Navigar, Sanger's, and I might be a little bold here, but I don't think that it should apply in this case. Frankly, I don't think it should apply to any case involving a constitutional right, regardless of whether it's a Second Amendment case or a First Amendment case. I don't even have to get there about whether that requirement for Navigar or Sanger's is a detriment to this case, because my law firm has been specifically called out for this. I'm the only law firm I'm aware of. There's very few of us attorneys that do export controls. And within that, there's very few of us that do ITAR work. And, you know, in that position, I'm kind of uniquely positioned to bring this case, because I have a very strong interest because this affects a lot of the representation. Did you participate in the rulemaking process at all? Yes, I did. I drafted the section that opposed this part of the regulation for the American Bar Association. And so the ABA submitted a complaint. My law firm did not. Why isn't your best remedy right now to get an advisory opinion from the state? I mean, that's part of the process, right? Right, Your Honor. And I already submitted an advisory opinion request to them. And there's a lot of talk, well, you submitted it under the old process. And their response was that you've got to give us more details, right? Right. And that's the genesis of this complaint. And that's one of the core injuries I have, which is I don't have fair notice of what's required. And then on top of that, that's my as-applied challenge in the Fifth Amendment underlying claim. But there's also a Fifth Amendment – that's my facial challenge, I'm sorry. The facial challenge in Fifth Amendment grounds is what type of legal advisements are covered? I understand you're telling me that certain legal advisements on the sales and defense articles where all the foreign parties are not identified by my clients might be subject to brokering. But that's a large part of what I do. What within there? And what they tell me is this. They tell me to submit an advisory opinion request. Well, I've done that. And they didn't have an advisory opinion request. I didn't just do – and I want to talk a little bit about, if you have a chance, New York's Legal Services Corporation versus Legal Services in New York City case. But in that case, you had an issue where there was some problem codes, one or two words describing representation. In my case, for each topic of representation, I gave them two to three lines of description. And that was supplemented by additional information in my request. That, they responded, was not sufficient enough detail on the legal advice provided for them to make a decision. They want my client's name, and they want more subset details in the scope of representation. I can't give that to them. So basically, in addition to not knowing what's required, the process they give me is advisory opinion. Well, you give that to them because of confidentiality? Confidentiality and also my claim is that a large part of this is privilege. If you want to ask me for my client names, I don't think they have a right for them. But it's not privilege. My client names aren't privilege. If you ask me for my client names and one to three words about the problem code or the description of what I do, I probably won't have a problem with that. I mean, I'm an ITAR attorney. It's pretty obvious if I tell you who my client's names are and what I do for them. But if you're saying that two to four line description of what I'm providing as far as legal advice is not sufficient, and if you require me, as Part 129 requires, that I fully describe the brokering activities, my legal advice, and as many sections of Part 129 require, that the statement I give you be certified as complete. And I always think about 18 U.S.C. 1001 at this point. What do I do? How much of my client's representation of legal advice do I have to provide? How many factual details of the underlying transaction? Now, you have to keep in mind that most people don't know how the ITAR operates. They don't know how restrictive it is. So a lot of times I have clients come to me, and they say, we need advice on this transaction, but they've already started working on the transaction because they're not going to pay my legal fees until they have some assurances that they might actually have an underlying transaction. And so a lot of times, because of the complexity of these regulations, when they come to me, there's already violations by them. A perfect example is a client that's looking to procure some offshore foreign defense articles. There might be a variety of parties to the transaction that they have not identified, freight forwarders, custom brokers, U.S. purchasers, and so forth. And they might have already sent them, and this happens in the real world, specifications for the article that they want produced. And they might have already agreed to a price. And now they've got a contract, and they come and they go, Mr. Goldstein, we want you to help us get a license from the Department of State. And my problem now is, well, this involves a defense article sale. All the foreign parties have not been identified. And I have underlying violations. How do I begin to disclose to the Department of State an advisory opinion, my client name, legal advice, and make a determination subject to 18 U.S.C. 1001 whether or not I have to disclose these prior violations and implicate my client in wrongdoing to a compliance, enforcement, and registration division? There's no dispute they want this for enforcement purposes. Could you just clarify what you said about how, or just be as specific as you can, about how the nature of what you would have to disclose would be privileged in light of the legal services case? Right, the legal services case. Well, we have the inmate sealed case, which is a 1989 case, where this court has recognized that there could be situations where the combination of client names with more substantive advice and legal advice could be privileged. As far as the legal services case, what we have is we have a claim that was made to this court for the lasting doctrine. That's one word for it, or it reveals client motivations. Either way, you're revealing client identities in conjunction with substantive scope of the legal advice. And the claim there, though, was much different than this case for several principal reasons, which are very, very material to this court's consideration. The legal services case involved the Office of Inspector General of the Legal Services Corporation following up an investigation pursuant to a congressional request to say, hey, is this money we're giving for these legal services organizations being used, actually being used as they say they are? So what they did was they issued a subpoena. They have legal process that they issued upon Legal Services of New York City. That legal process, that subpoena sought information, a data call, in two stages. The first stage requested problem codes, one through three words about the representation, black long, education, and a case number. On the second data call, they requested the client name and a case number. You conceivably can match those up. Even if you match them up, what do you have? It would be the equivalent of Mack Olson is the attorney. He gives an ITAR advice. A lot different than what we're talking about today. But they didn't even go that far. What happened in that case is the OIG had, the LSE OIG, had an ethical wall where the information from the first stage went to a group of individuals in separate facilities. In the second stage, other individuals, different facilities. So there was an ethical wall between connecting even that information. That's a far cry from what we have in the present case, where they want a lot more information, more than just two to three lines of legal advice. They want my client names, and it's all going to the same enforcement agents inside a compliance registration enforcement division. You didn't have to provide the names, but had to provide more factual specificity. Would you have a problem as long as you could leave the names out? As long as the factual specificity, the underlying transaction, would not identify the request that would subsequently be coming to them. I mean, are they asking, they're asking for all the foreign parties involved. It's very easy for them to link that together. Now, some other key differences to legal services cases, which is very material to your consideration, is that Legal Services Corporation OIG was investigating the providers of legal services, not their clients. This enforcement division is gathering this information about my clients to see whether a violation has occurred so that they can have ICE agents show up in what they call an outreach visit. And these outreach visits are quite common. You go to the agency's website, assuming it's not taken down later on today. They have actual guidance talking about how they do these outreach visits to companies. And they typically do that when they first learn that a company isn't involved with the defense industry, involved with exports possibly subject to ITAR. And a real big issue that comes up a lot on this, and it comes up with a real large percentage of the people that come to me for the first time, is you have to be registered if you are a manufacturer of a defense article in the United States. You have to be registered with them as a defense article broker. There's one thing I'm not quite understanding, which is that the claim that you brought before us has to do with your role as a lawyer and what you have to disclose in order to make sure that the legal advice you're rendering doesn't bring you within the fold of the brokering regulations. But it sounds like part of the argument that you're making today has to do with information that your client would have to submit anyway in order to get cleared for the transactions. It doesn't have to do with the legal advice part of it, but then there's a separate part, which is what does the client have to disclose in order to get authorization to do the brokering activity that's at issue. And so when you're talking about giving up potential information that might implicate the client in wrongdoing, that's not an argument that's limited to the legal advice, right? It's an argument that goes to the underlying regulation itself? Or am I misunderstanding? Well, I'm understanding the point. You are correct that in a lot of instances the client's going to end up doing a request for approval. That's going to disclose this information. Sometimes they don't have to do a request for approval. Sometimes the information, the transaction they have falls under an exemption or it might be entirely excluded, but generally an exemption. They don't have to do it, and the agency has not provided that information. That happens quite a bit, too. There are times where when I get in there and do the review and do the assessment and I'm comfortable it's not brokering and I do the assessment, I find out there's so many violations the client goes back and goes, I'm stepping away from this transaction because I don't want to have to disclose this and be subject to these fines. So there's a lot of situations where you don't end up providing this information once they have the advice of competent legal counsel on the issue. But as far as the challenge to the underlying regulations, I mean, and I'm not quite sure I fully understand the question. I mean, definitely I'm not saying that attorneys aren't subject to these. If we do not – they express the concern that they're worried about attorneys doing something other than giving bona fide legal advice, where we use this as a guise to maybe act as a fine. That's not an issue. That's not what I'm challenging. If attorneys do that, they should be subject to these regulations. But if we're providing bona fide legal advice to our clients, why should we have to tell law enforcement agents really even about who we represent, let alone the level of detail they want? I don't think that my law office should be doing the job of law enforcement for them and taking my clients' information from me. And one of the biggest things, and this is maybe going a little bit to that about why I'm kind of making a claim that looks like it might be going outside. I thought the purpose of the regulation was to flesh out that very fact scenario you're talking about is to determine whether you're acting as a broker or just giving legal advice, right? And if what you're telling us is so, that you're just giving legal advice, the regulation doesn't apply to you. You have no injury here. You have no injury. It seems to me you're fishing for an advisory opinion from us because you didn't get the adequate one from them. What am I missing here? Your Honor, what is not there is the fact that the regulation as written, okay, and the official guidance that they provide under there says that any legal advice that is provided for the sale of a defense article subject to the ITAR, where the foreign parties are not all identified by the client, which might sound very narrow, but it's actually very large. It's a large portion of what I do, may be subject to these regulations. The only way I can know for sure is if I do an advisory opinion request like I did before. But in return, their quick pro quo for me to give me that confirmation is that I give them my client names and real detailed substitutions. How do you know you have to give the client names? I mean, the process hasn't happened yet where you seek the official determination of the agency, right? No. I already submitted an advisory opinion request. I submitted it. It took nearly a year for them to respond to it. You know what? When they responded to it was when I filed the lawsuit, and they sent me the response to it about three days before they wanted to file the motion, before their response for pleading was there. But they've told you that you could submit a request for an official determination if you supply more information. Well, what they did was, number one, the response that they gave me was an official determination. If you look at the actual response that's in the joint appendix that they provided, they provided it to me, I think it was May 13th, and it was just three days before their motion to submit the response to pleading was due. It actually states that it was issued pursuant to the scope of 129.9. 129.9 is the advisory opinion section of the ITAR, and that provision states that it's an official determination, official guidance from the agency. And so I've already gotten a response to that, but my response was, we want more information to submit another response. On JA36, please be advised that your letter of August 29th and our conversation that took place on July 3rd lack sufficient detail for the department to make an official determination as to whether the activities discussed constitute brokering activities. So this is a February 6th letter, so at that time there's been no official determination. That's correct, Your Honor. Okay. So then something happened later? Yeah, if you turn to JA39, and I apologize, it wasn't May 13th, it was May 12th. On May 12th, they sent me another letter responding to the request. And if you turn to the last page of that request, at the last full sentence, this is at JA41, it states, the Department of State states, the information in this letter is provided as general guidance to assist you in conducting your day-to-day legal activities and is limited in scope pursuant to ITAR section 129.9B. I'd like to follow up with two parts of the regulation. One part of the regulation is in one section of AVID Laboratories that's entirely relevant to interpreting what this means. At 129.9 of the ITAR, which was issued pursuant to the 2013 final rule. Isn't what matters the next sentence, which says, if you require official guidance with respect to any specific proposed activity, please review ITAR 129.9A and submit a request for guidance that is responsive to the requirements set forth therein. Yes. So there's an opportunity to get further guidance on more specific activity if you supply more specific information. Right. And actually, Your Honor, and again, Your Honor, this begs the question, this is one of the reasons why I'm framing the lawsuit, which is the Fifth Amendment procedural due process aspect, which is I gave them as much detail as I could in that first request without divulging client confidences. I don't want to tell them who my client is dealing with. I don't want to tell them the specific details of the substantive legal advice and the online transaction because... Is that required? That is required under 129.9 to the extent that... You need to disclose the name of the client. Right. So when we look at 129.9, this is what I was going to read to you. It requires that I describe fully the activities that will be undertaken. That's a chapeau, but when you go down below that, it states, I have to list the name and nationality and geographic location of all U.S. and foreign persons who may participate in the activities, my client, all the other parties, known and unknown. The specific activities that will be undertaken by me. Now, at the end, at 129.95, it even asks for a copy of any agreement or documentation between the requester and my clients. I think that's fairly read in this context to be my engagement letter. I mean, this could be interpreted very broadly, but as written, it's enough to say that these are substantive details on my legal advice given to clients. They don't have the right to have as enforcement agents, and part of my claim outside of this is that they don't have statutory authority to request this. Congress didn't even give them the authority in the Arms Export Control Act to control bona fide legal advice by attorneys to clients who are looking or paying me to find out how to comply with these laws. Ms. Smollett, I just want to ask you one other thing. You started this, I think, in 2013. Your letter to them was first in 2013, so it took two years to get to this letter, which still isn't even an official determination. And so have you or are you aware of other people who have submitted requests for official positions with the details that are asked for? Do you know how long it takes for them to respond? I would think that would be pretty critical to whether the whole advice thing is even going to work. The agency generally, in public forums, the agency will say that it takes 30 days to respond to these. This particular case took nearly a year. I have other clients who have submitted advisory requests. It can take a year or more. Sometimes there have been cases where the agency has never responded to a request. Now, this kind of also raises the practical problems in this. As defined, it's very broad, and they have sent me a letter, the official letter that was written pursuant to their advisory opinion process, the one that we're looking at right now, the May 12 one, where they say that a lot of the activities are covered unless the client hasn't identified the foreign parties to the transaction, which is a large part of what I do. Where do I go from there? I get one of these cases in. The issues of informed consent raise particular problems, which I discussed in the Catch-22. But even if I get informed consent, and even if I, as an attorney, I can advise the client on informed consent, which I don't think I can because it's not really in the client's interest to have me comply with my obligations. It's my issue. I think I would have to refer them out under the ethical rules to another attorney to see whether or not they should give me informed consent. But let's just assume that I can get informed consent. Forget about the Catch-22. Then I have to submit an advisory opinion request for this. By the time in a lot of these cases when I get the response back, the time has already passed when he needed the legal advice. Practically, this is an undue burden on my representation and my ability to represent them. There's also an undue burden where a client comes in the door asking for advice on how to comply with laws that's subject to a million dollars per violation, and they want to know how do I deal with this agency. And I tell them, well, first off, I need to get a waiver from you because all the information you're about to tell me, I've got to give to them in a request to determine if I need to get approval to give you this advice. Is the client really going to freely give me that information at that point? No. It's going to have a major showing effect, and that's another undue burden on my representation. Okay. We'll give you back a couple minutes. Let's hear from the government now. Thank you, Judge Griffith, and may it please the Court. The State Department has long regulated international arms and munitions brokering. In 2013, the Department issued a regulation that clarified that activities by an attorney that do not extend beyond the provision of legal advice to clients do not constitute brokering. The plaintiff claims at a very- Can you tell us a little bit about how this works? This is an area I'm familiar with, unlike him. So I take it that under the 2013 version of the regulations, the reason you created the exemption is that otherwise the general language on soliciting, promoting, negotiating, contracting, arranging, or otherwise assisting would seem to encompass legal advice, and so that's why the attorney advice exception was added at this stage, because the definition of brokering was at least broken out in a way that seemed to, I think, would naturally encompass attorney activities if you didn't have the exception? Well, Your Honor, during the rulemaking proceeding in 2013, there were some requests- I'm just asking you textually. Textually it would encompass what he does, right? Contracting, arranging, otherwise assisting? Well, Your Honor, I don't think that the 2013 rule was a change in the substance of the rule. It was never-it was a clarification that the prior rule and now the current rule that he's challenging does not cover an attorney's legal advice that doesn't extend beyond giving legal advice to clients. What I'm trying to ask is if you didn't have that attorney exception, I assume this is why the whole exchange happened in the rulemaking. I think the concern was that language that I read to you, soliciting, promoting, negotiating, contracting for, arranging, or otherwise assisting in these sales, the concern was that otherwise that language would encompass attorney- Yes, I think that was the concern. Okay, so that's why the-who has a burden of proving that something falls, that falls naturally within the contracting or otherwise assisting language so it's covered? They want to say, oh, it was attorney-client services. Who has the burden of proving that even though it falls within this plain language of the regulation, it falls within this exception? In an enforcement action? Normally it's their burden. Normally it's the target's burden to show that they fall within an exception. I assume that applies here too? Your Honor, I'm not sure. The agency-there's never been an enforcement action involving any circumstances going after an attorney for giving legal advice, and that's one of the reasons that the plaintiff here hasn't shown a credible threat of enforcement. Really, what's going on here is that the- I'm back to my question, though. You could bring an enforcement action. He would say it was contracting for, arranging, or otherwise assisting. He didn't know all the foreign parties, so we're in that exception that the letter flagged. He does not know who all the third parties are. At the time, Attorney X does the otherwise assisting and negotiating contracting for something, and so it's charged with brokering. If that person wanted to say, no, no, I think it still qualifies as legal advice, notwithstanding that I didn't know who all the foreign parties were going to be at the time. I take it you always show your case, and it would be the burden on that person to show that they fell within the attorney-client exception? Your Honor, I'm just not familiar with an enforcement action involving that exception, so I don't want to get out in front of the agency as to how that would play out. But really, in this case, what's important is that what he's challenging is a regulation that says attorney advice is not covered, and all he's done is state in very general terms that he engages in legal advice relating to ITAR transactions, and there's no indication that he does anything that would go beyond traditional legal advice. I think what he says is that I do things that fall within this category that you have defined as brokering, and when I asked you about the attorney exception, you said, well, we're not going to tell you you're out if you don't know all the parties, foreign parties to the transaction. Why isn't that he's regulated by this regulation? He's having to go through all these hoops. He's having to debate whether he's within this exception or not. He's having to turn over all kinds of information to the government. Why isn't that just plain old falling within the regulatory scope and challenging regulation? Well, Your Honor, just to be clear, so the regulation, as you just read it, it does not apply to activities by an attorney that do not extend beyond the provision of legal advice to clients. I think what he's focused on here is the letter. Let's be crystal clear, because that latest letter from 2015 would append to that language, does not provide legal advice to clients when all parties to the transaction are known. That's what your 2015 letter says. After that, all bets are off. We don't know which one you'll be in. You might be in one or the other. No, Your Honor, I think the substantive, the standard is whether the activities extend beyond the provision of legal advice to clients. And the 2015 letter was trying to give the plaintiff even more guidance. He requested a non-binding opinion as to whether six very general categories of activities by lawyers would constitute brokering. And so what the agency did is it tried to give him even more information than was already in the regulation and frequently asked questions and explained that, first of all, the agency started out by saying that it does not intend the categories of activities that he described to constitute brokering. And then it created a number of safe harbors by saying that – Well, the letter, I mean, page two of the letter, and it's as long as the client has already identified the foreign party or parties, those four activities, all right, would constitute the provision of legal advice. And I'm not talking about the merits of your rule. I'm not talking about whether you're right or they're wrong on the merits. I'm just saying how is he not, in the most ordinary sense, regulated by these regulations, and now he's in between trying to figure out when, apparently, in a significant portion of his practice, he doesn't fall, he doesn't meet exactly what you said would make him safe. And as to that, all bets are off. He doesn't know. So that's a safe harbor. And it says that if he's engaging in those four categories of activities and the parties have been identified, then he's definitely not engaging in brokering. Right. If the parties haven't been identified, then there may be some circumstances in which an attorney would be engaging in brokering. And the principal concern that that limitation was focused on is that an attorney would use legal advice to act as a finder. And I think – and he has explicitly disclaimed many times that he would act as a finder. And just to give an example of what conceivably could constitute an attorney giving legal advice that would steer a client towards a particular buyer. For example, if someone comes to an attorney and they want to sell controlled explosives and they ask the attorney to draft a general sales contract, that would be legal advice. It would not constitute brokering. But if the same person came to the attorney, asked them to draft a general sales contract, and the attorney happens to also represent a buyer in Pakistan and knows that that buyer would want to buy these controlled explosives, and so the attorney recommends that the contract be translated into Urdu, knowing that this is going to be the only likely buyer in that area, then the attorney might have used non-legal knowledge and tried to steer the seller towards that particular buyer, even though he was engaging in legal advice. Well, Your Honor, it's just a hypothetical, trying to illustrate that this is going to be a really rare circumstance in which an attorney is going beyond providing traditional legal advice. And here, he's already disclaimed that he doesn't act as a finder. Well, I think, because my question is, and we're just not standing, we're not here on the merits of this rule one way or the other, or whether it's appropriate to apply it one way or the other. Because then he says, look, I read the regulations, what I do falls right within that contracting for otherwise assisting these sales. I look down and I see there's this attorney exception, but then through your letters, I'm told there's qualifications and limitations of the safe harbor was narrower than that. Because other things, I might think I'm doing it for legal advice, but I don't know that you won't think that it's cross a line. For some factual reason, you'll think it wasn't proper legal advice. And again, I'm not saying whether you're right or he'd be right, but whether the fact that he's in this situation, that he's in the bullseye of the language, and then has to prove himself into a safe harbor, doesn't mean he's regulated for purposes of plain old Article 3 injury. Well, Your Honor, he hasn't shown that he engages in any conduct that would be regulated. And the key here is that to be regulated, he would have to engage in, he would have to do something that extends beyond the provision of legal advice to client. He's given no indication that he does that. He has not even described in the most general terms something that he does that he fears would go beyond traditional legal advice. He gives legal advice even when all the foreign parties are not known, which is what your 2015 letter said, waved a yellow flag about. But he gives legal advice when all the parties aren't known, and he says it was legal advice. Is he in a safe harbor or not? In his view, it was legal advice, but all the foreign parties were not known. Is he in the safe harbor or not? He's not within the safe harbor described in the letter, but the concern is… Is he in either safe harbor, the regulations text or the letter, or is it unknown? So, Your Honor, it's unknown. That's precisely the problem with this case, is that he has described his activities at such a high level of generality that it's impossible to know what exactly he plans to do in the future. What would he need to do under that situation to make it more specific? He would have to give some more information about what his role in the transaction would be. Just any indication as to why he thinks what he's doing goes beyond providing legal advice. Could he do that without disclosing his client? He certainly could give more information than he's given at this point. And while it's true that the regulations for binding guidance, as an initial matter, would require him to give the client name, the regulations also specifically state that if such information isn't available, you can still make a request for binding guidance, and the agency will take into account what information it has in making that determination. The regulation actually says not yet available. So is it your position when it says not yet available, which sounds like a temporal problem, that it actually includes things that will never be available because they're privileged? Well, Your Honor, it's an iterative process between the agency and someone… Okay, but does not yet available include privileged information, or is that yet doing some temporal work? The word yet seems to be doing temporal work, but the agency engages in these advisory opinions through an iterative process. And so if he came to the agency and said, this is all the information I believe that I can give you because, you know, the additional information, the client name is privileged, then the agency could go back and forth with him about, you know, what additional information it thought it would need if there was a particular concern. But here, there's just no indication… If he happens to engage in this process alone, doesn't that mean he's within the regulatory scheme for purposes of having an article-free injury? No, Your Honor. I don't think his request for an advisory opinion shows that he's been injured by the regulations. To do that, he would need to show… Did he have to be injured by the regulations, or did he have to be regulated by the regulations? Well, he has to be regulated by the regulations in order to establish an injury. And here, he hasn't shown that he's regulated by the regulations. There's no indication that he does… I don't think he would have to prove that he's regulated by the regulations. I think there would have to be a substantial risk that he comes within the regulations, right? Because that would still be enough to constitute injury. Well, he would have to show that there's a credible threat of enforcement and that there at least is a substantial risk that he falls within the regulations. And he hasn't done that because all he said he does is provide general traditional legal advice. There's no reason to think that… He might be right that if someone just simply files a letter that says, I'm worried that my conduct brings me within the fold of the regulations and gives one sentence and says, I engage generally in activities in this area and I'm therefore worried, well, that can't be enough because nobody has any idea what's going on. That's not a substantial risk because we don't know what the conduct is at issue. But on the other hand, his claim is that if you take the regulation literally on what I need to supply, what information I need to supply in order to get the kind of official stamp of approval that I want, I just can't do that. And then it sounds like your response is, well, we don't know yet whether something short of that would be enough because it's an iterative process. So it could be that he doesn't have to disclose all the things that are itemized in the regulation. He might be able to start off by saying, I don't want to do all that. I want to do something short of that because of the circumstances of the work in which I engage. And it seems like you're saying, well, that might be enough for the agency to give an official determination. Yes, Your Honor. And how do we know that? Well, Your Honor, there's two separate issues. I mean, one is whether he could get a binding opinion from the agency. But the separate issue is whether in his complaint he's alleged facts that show that he's imminently going to be injured by this regulation to create a case or controversy for this court to adjudicate. But instead what he's doing is he wants, in the abstract, this court to tell him when an attorney will engage in some sort of activity that goes beyond legal advice and becomes brokering. And the agency has already tried to explain that in as much detail as it could in the letters to him. And he's now asking this court for an advisory opinion and for this court to go farther and explain in the abstract. I think he's just asking us to find standing. Well, but ultimately he's asking the court through his lawsuit to issue a declaratory judgment that says when the broad categories of activities he's listed constitute legal advice or constitute brokering. But since they're stated at such a high level of generality, it's not clear what they would- Well, there might be problems with formulating a remedy if a remedy were ever to be warranted in this case. But at this point, at least as I read it, his allegations were that I engage in this business. It's got me right in the crosshairs of that language. And I recognize that you have this legal advice exception. But when I sent in my request, you sent back the two letters, took a couple rounds here. And at the end you said, well, it's a safe harbor as long as you know all the foreign parties. But I allege that a substantial amount of my business is in situations where I don't know all the foreign parties. And that in order to obtain this more safe harbor or this advice, I'm going to have to go get- disclose information that I'm worried is either privileged or is going to imperil my relationship with clients or my ability to even get their business. Once I start saying it up front, I'm going to have to disclose all this stuff just to make sure we can even do it. Why is that not a substantial risk of injury just at this pleading stage? Because, Your Honor, what he's alleged in the complaint that he does is engage in legal advice in this area. And the regulation says that if what he's doing does not extend beyond engaging legal advice in this area, he's not regulated. The only thing he points to to say that he is regulated is the letter. And the fact that the safe harbor described in the letter states that- It's narrower than the regulatory text. No, Your Honor, I don't believe it's narrower than the regulatory text. It's trying to give more flesh onto the idea of when an attorney would be doing something that would extend beyond legal advice. And what the safe harbor was getting at, and the reason it has the limitation that the foreign parties be identified, is because it's conceivable to the agency that an attorney might use legal advice to act as a finder. And they could do that. Another example would be when a seller comes to an attorney and asks for advice how to structure a transaction. And the attorney knows of a particular buyer in, for example, Guatemala, that wants to buy the explosives that the seller is selling. And so the attorney recommends that the seller structure the transaction by incorporating in Guatemala or having an in-country partner in Guatemala. And in that circumstance, what the attorney would have been doing would come much closer to finding a buyer for the seller. And so through the legal advice, the attorney would be steering the seller towards a buyer. If there were multiple reasons for incorporating in Guatemala, what's he supposed to know? How's he supposed to know whether he can do it? This highlights exactly why the plaintiff doesn't have standing. Because here, we don't have any facts that come even close to this scenario. All he says that he generally offers legal advice relating to ITAR transactions. But there's no reason to believe that he comes even close to going beyond. Let me be clear. He says he frequently engages in providing advice and assistance in these types of transactions when all the foreign parties are not known. Yes, Your Honor, but he specifically disclaims over and over again acting as a finder. And that's what the limitation was worried about. But your 2015 letter didn't say this is a safe harbor. Whether or not all the foreign parties are known, the only thing that you can't do is if the foreign parties aren't known, you can't help find that party. It didn't say that. It doesn't say that, but that's the purpose of the limitation. And that's the only example in the abstract that the agency has been able to identify, is that an attorney might use legal advice to steer a client towards a particular buyer or a particular seller. And here, the plaintiff has explicitly disclaimed doing that. And so that risk doesn't give him standing. Can I ask this question? So suppose that we play out the facts a little bit and he follows up with a type of request that the May letter hypothesized that he should undertake if he wants to get further guidance. And instead of giving all the information that's set forth in the regulation, he makes it more generic because he's concerned about, A, giving up confidences, B, being able to do business in the area. And then the response comes back and says, well, that's just not enough. We can't give you any more because you didn't give the information that's supplied in the regulation, that's called for in the regulation. Does he have injury at that point? Well, your Honor, first of all, if he had submitted a request for, well, sorry. Am I not being clear? No, you are being clear. I'm just trying to think before I speak. I'm being honest. I don't know if I'm being clear. No, you're being clear. I think that would be a harder case because he would have given more information and there would be somewhat more concrete of a scenario that the agency had examined and for the court to examine. Why would it only be a harder case? Why wouldn't there be injury in that situation? Because what he would say is, look, I've given all the information that I feel comfortable giving. If I give any more information, I'm either going to be in breach of my ethical obligations or I'm not going to be able to get business. One or the other. Both of those seem like injury to me. And you're telling me that you need more information from me. We're at an impasse. Therefore, I get to challenge the application of the regulations to me at this point. I may lose on the substantive challenge, but in terms of whether I'm injured at this stage, I'm alleging that I'm injured because I'm not comfortable giving up any more information than I've given. Well, Your Honor, I think in the scenario that you posed, he would have sought a binding determination by the agency, which he has not done so far. So this case is an easier case because all he's done is ask the agency for non-binding advisory. I guess where I'm going, though, is that if we think that there would be injury in that situation because he would have done what your letter itself calls for him to do, but yet it still wouldn't have been enough because the regulations applied literally and he doesn't have this kind of half measure where he can give more specific information than he's given now but not as specific as the regulation seems to call for, then if we already know ex ante that he's going to have to give up all that information anyway, then it doesn't even seem like it's worth going to the intermediate measure because his point is, I'm reading this thing literally. It requires me to give up a bunch of stuff that I just can't give up. And it seems like your response is, well, we don't know that yet because it could be that you can style a request by making it a little generic, a little more specific than we have right now, but more generic than what the administrative materials call for, and that still might be enough. And his response would be, well, why do I think that that's enough? Because what I don't want to do and what I feel disabled from doing is giving exactly the information that the agency materials call for me to give to get a binding determination. Again, there's a separate issue of whether he has standing in this court and whether he can seek a binding determination by the agency. And to have standing in court, he has to show that he's going to be eminently injured by the regulations. And as we talked about, he hasn't shown that there's a substantial risk that he will because all he has stated in his complaint that he does is generally advise clients on matters relating to defense articles and defense services. And the regulation specifically says that when an attorney is giving advice that does not extend beyond the provision of legal advice, it's not covered by the regulations. So there's just no indication in the complaint that he's doing anything that would be subject to the regulation. In your view, what would need to happen for him to have standing then? If he doesn't have standing now, what would be the scenario under which he might have standing? Well, Your Honor, I can only speculate because we don't have that in front of us. But he would have to give some information that would suggest why he's even concerned that he might be doing something that would rise to the level of brokering. Because the whole point of the regulation and the frequently asked questions and the letter to him is that legal advice generally is not covered. And so there would have to be some indication that he thinks he's doing something that goes beyond legal advice. And he could describe that to a court in very categorical terms without mentioning the names of parties. But he hasn't done that. Instead, all he said he does is provide legal advice relating to transactions involving defense articles and defense services. So why isn't it enough when you all said it's not fair just to look at the complaint because you all lobbed in this letter a few days in the middle of the motion to dismiss briefings. So when you all said, well, here's the safe harbor where all foreign parties are known, after that he said, well, look, a lot of what I do is when all the foreign parties aren't known. And then I'm worried I tried to get the Zagos guidance and that left me confused. And I'm telling you it's a matter of practice. Clients don't like it. If you come up and say, well, before I can do anything, you have to disclose all these things, so I can disclose all these things to the government. He's made all those allegations about the difficulties of disclosing more information as required by the regulations and that he's in at least a more murky area because he does a fair amount of practice when all the parties aren't known, which your own letter acknowledges is a more murky area. I don't understand why that's not the next iteration that gets us to the injury state. He's regulated and it's injured. He's injured. Well, your Honor, I have two responses. First is after the department sent the letter, he filed the affidavit in this case. And in the affidavit, it's merely a two-sentence statement that he advises on transactions subject to the ITAR and that often the parties are not identified. Even though he claims, as the district court noted, even though he claims to have been giving that sort of advice for a long period of time before he filed this affidavit, he didn't describe, even in generic terms, any particular transactions that he was worried about from the past or anything he was planning to engage in in the future. And then I have a second response, but I think, again, it just boils down to that he hasn't given any indication. So you're saying his allegation would have to say, I'm planning on engaging in activity that is being a broker, and so I'm challenging the legality of that? Is that the...? Well, he would have to give some more information than just saying, I provide legal advice. There would have to be some reason that he's concerned that what he's doing... And my concern is that the way the regulations are written now, I have to either abstain from engaging in those transactions or I have to disclose confidential information, which I won't do. He's targeted these regulations and has alleged that they're hurting him in his business right now. That's what he alleges, Your Honor, but he's given no reason to think that that's true. He hasn't alleged any facts showing that there's a substantial risk that he falls within the regulations, that the regulations themselves, the frequently asked questions, and the letter all state that legal advice generally is not covered as brokering. And if he's concerned that there is a particular activity, a particular way that he advises clients or a particular role that he takes in transactions that he thinks might go beyond legal advice and might constitute brokering, then he could come to this court or he could come to the agency and explain, even in generic or categorical terms, why that particular activity would rise to the level. The other thing, I just remembered my other response to Judge Millett quickly, was that attorney-client privilege is something that's litigated all the time, and it doesn't mean that you don't discuss anything having to do with anything. You can just say attorney-client privilege and then just not talk about it at all. I mean, still in a regular case, if we got to a point where there was a particular communication between him and a client that he thought was privileged, and so that's why he couldn't put that information in his complaint to a court, at that point it could be litigated or he could file something under seal with a court in order to establish standing. But it's not enough just to sort of make a blanket claim of privilege and confidentiality and say that I can't give any facts relating to what I do at all because it's all confidential. Can I just ask a quick timing question? He said that, obviously, it took a long time for him to get answers in his requests for guidance. Do you have a sense, either someone seeking guidance or a binding decision from the state, how long that is taking in practice? Unfortunately, I don't, Your Honor, but I could follow up with a letter to the court if you would like. I think, though, again, he didn't seek the binding guidance, and he did send his letter. I think the binding guidance would take longer, wouldn't it? I would think. I'm not sure. I'm not sure, Your Honor. But that wasn't the type of guidance that was at issue in this case. Okay. Thank you very much. We'll give you back four minutes, Mr. Wilson. A statement just now that the type of guidance that was issued was not the binding guidance is entirely incorrect. If you look at the actual May 12th letter, now, keep in mind, when I wrote my original advisory opinion request, it took a year before I had any response. In that time, you have a 2013 final rule, and they amended the advisory opinion process, where before they said it was a non-binding agency decision, whereas as amended, and if you look, it's actually listed in the appendix of my opening brief. I can cite you the actual statute as it exists today. It's 129.9B. It states that the Director of Defense Trade Controls will take the completeness of information into account in providing guidance on whether the activities constitute brokering activities, period. The guidance will constitute an official determination of the Department of State. So they amended the advisory opinion process during this whole period to make it so that it was binding. And if you look now back at JA page 41, which is the last page of the May 12th advisory opinion determination they gave me, it states at the very last sentence, this information in this letter, the information in this letter, is provided as general guidance, general guidance, to assist you in conducting your day-to-day legal activities and is limited scope pursuant to 129.9B. 129.9B is the section I just read you that says that one of these responses is a binding determination. There's no dispute that this is a binding determination. The statute says it is. The fact that I can submit another request and get another binding determination doesn't defeat my standing. If anything, I don't need to submit to the process I'm challenging. That was part of the decision in Babbitt. They didn't submit to the election procedures, and they still had standing. And the Court noted that the reason why they didn't do it was because it would be futile. You ask them, you ask her, what additional information do they need? They don't know. They want to see it. They say it's an iterative process. Well, an iterative process, how am I supposed to take on representations during this? So far, the iterative process has been more than a year. Because before I even submit this advisory opinion, I was trying to work with the agency, trying to get information on this. They submitted agency guidance. If you hadn't used the advisory opinion process, what would be the nature of your claim? How would you have standing? If I didn't submit the advisory? Let's put the advisory opinion process to one side. What's the nature of your claim? Well, I think I'd still have standing. There's no exhaustion of administrative remedies at issue here. I have a constitutional claim. And my constitutional claim is as applied and on its face. And on its face, these regulations capture what I do. I mean, when I leave here today, I'm going to advise clients on putting together an export control clause on an estimate. The clause is going to go back on an estimate. They're going to be using this in sales and defense articles. They don't know who all the parties are. That's clearly within the scope of what they told me in this letter might be covered. So the onus is on me now to figure out how do I determine further whether or not this is covered. I can try to submit another advisory opinion process. But, again, it's an iterative process. Who knows how long it will take for a decision? Most of my clients don't want to wait a week for my advice, let alone a year. And who's to know if I get a response in a year saying, well, we need more information? And that's the problem I'm facing. That's really a primary part of my injury and damages right now. But, again, even if I can get over the confidentiality or the privilege. And, again, the privilege issue, required by law doesn't help me. That's the issue of this action. I'm challenging their authority to have this requirement. If you look at the regulations, it doesn't state it. It's the official letter they sent me that now expands it. And so let's just assume that there is some, it is required by law. Or let's just assume that I can get a waiver for the privilege part because that required by law part doesn't apply to the privilege stuff. I'm at this iterative process. How do I determine what's controlled? And that's the core of my claim. And they're using that part of my claim, my Fifth Amendment fair notice part, actually against me in standing to say, well, it's not right. Because even though we see this broad scope of activities, if you advise clients on sales of defense articles where all the foreign parties are not involved, it might be covered. They define it that way. But how do I determine within there whether it's controlled? One other aspect, which I think the Court has already picked up on, the advisory opinion that they gave me, it's really more an official agency guidance and advisory opinion the way it's defined in the regulations. And I do call the Court's attention to AVID. Where AVID at page 149, so 387, 149 states, actually cites the APA, which is one of my claims in the underlying action. An agency action includes any rule defined by the Act as an agency statement of general or particular applicability and future effect designed to implement, interpret, and prescribe a law policy. General or particular. They gave me general guidance, official guidance, pursuant to regulations and under the final rule. So I'm stuck between a rock and a hard place. Do I take on the representations? Do I go ahead and give that person the estimate today? Do I try to get clients, get a waiver, and form consent to the extent that's even possible? And I do explain, and I'm more than happy to discuss at length, the catch-22 that I encounter in trying to get catch-22, trying to get informed consent where I basically have to advise the client on whether the underlying transaction they're proposing is legal before I can. . . I think we have less further questions from my colleagues, I think. Oh, I apologize. We have your argument. I apologize. So in closing, Your Honor, I mean, there's injury for any variety of reasons. There's multiple reasons to find injury. The requirement, not knowing, the lack of notice is one injury. I don't know what . . . I think we have your argument. Okay. The case is submitted. Thank you, Your Honor. Thank you very much.
judges: Griffith, Srinivasan, Millett